IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02261-MSK-PAC

DENNIS FOUST,

     Plaintiff(s),

v.

LIMON CHRYSLER PLYMOUTH DODGE JEEP, INC.,
d/b/a LIMON CHRYSLER,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that the Stipulated Motion to Reschedule Settlement Conference [filed July 7, 2005] is **GRANTED** as follows:

     The Settlement Conference set for July 11, 2005 is *vacated.*

     IT IS **FURTHER ORDERED** that counsel shall conference call the Court at: 303-844-4892 on **July 15, 2005 at 10:00 a.m.** to reset the Settlement Conference.

Dated:  July 9, 2005