IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02261-MSK-PAC

DENNIS FOUST,

    Plaintiff(s),

v.

LIMON CHRYSLER PLYMOUTH DODGE JEEP, INC.,
d/b/a LIMON CHRYSLER,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendant's Unopposed Motion for Leave to Amend Scheduling Order [filed July 14, 2005] is **GRANTED** as follows:

    The discovery deadline is extended to **October 7, 2005.**

    The dispositive motions deadline is extended to **November 7, 2005.**

Dated:  July 18, 2005