IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02261-MSK-PAC

DENNIS FOUST,

    Plaintiff(s),

v.

LIMON CHRYSLER PLYMOUTH DODGE JEEP, INC.,
d/b/a LIMON CHRYSLER,

    Defendant(s).

_____

**ORDER**

_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    This is an employment case.

    Because I agree with plaintiff that he has met at least three of the four factors of the *Summers v. Missouri Pacific RR System*[1] test, and because carelessness in calendaring deadlines is not evidence of bad faith, It is hereby

    **ORDERED** that Plaintiff's Motion to Amend Scheduling Order [filed July 19, 2005] is **granted** in part and **denied** in part, and the Scheduling Order is **amended** as follows:

    (1) the Rule 26(a)(2) deadline for both sides is extended to **August 30, 2005**, when **all information** required under Rule 26(a)(2) must be provided; and

---

[1] 132 F.3d 599, 604 (10th Cir. 1997)

(2) the rebuttal Rule 26(a)(2) deadline for both sides is extended to **September 26, 2005** when **all information** required under Rule 26(a)(2) must be provided.  It is further

**ORDERED** that plaintiff has shown good cause and defendant is not prejudiced, because defendant's request for extension of other scheduling order deadlines, and particularly the discovery deadline, was granted.  Accordingly, plaintiff may depose Magee, Cochran, D. Halley, C. Halley, L. Feasel and C. Feasel and they are therefore substituted for "employees 1-6" in the Scheduling Order.  It is further

**ORDERED** that counsel shall review the Court's Electronic Filing Procedures, which are available on the court's website, and particularly page 15 of the procedures, which contains an explanation of the method by which proposed orders are to be submitted to the assigned district judge's and magistrate judge's chambers.

Dated July 22, 2005.

By the Court:

s/Patricia A. Coan
Patricia A. Coan
Magistrate Judge