IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-02261-MSK-PAC

DENNIS FOUST,

    Plaintiff,

v.

LIMON CHRYSLER PLYMOUTH DODGE JEEP, INC.,
d/b/a LIMON CHRYSLER,

    Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE
_____

THIS MATTER coming before the Court on the Stipulation for Dismissal with Prejudice **(#47)**, and the Court having examined said Stipulation,

IT IS HEREBY ORDERED that the above-entitled cause of action is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney's fees. The clerk is instructed to close this case.

DATED this 31st day of October, 2005.

                              **BY THE COURT:**

                              */s/ Marcia S. Krieger*
                              _____
                              Marcia S. Krieger
                              United States District Judge